# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH SCHESSLER,

                Petitioner,

       v.

MIKE MCDONALD, Warden,

                Respondent.

Case No. CV 11-9077-AB (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected.[1]  The Court accepts the findings and recommendations of the Magistrate Judge.

_____

[1]  Petitioner also has filed a motion seeking to conduct discovery and to stay these proceedings for that reason.  (Dkt. # 70.)  A habeas petitioner is not entitled to discovery as a matter of course, but only upon a fact-specific showing of good cause and in the court's exercise of discretion.  Bracy v. Gramley, 520 U.S. 899, 904, 908-09 (1997); see also Rich v. Calderon, 187 F.3d 1064, 1068 (9th Cir. 1999).  Good cause exists "where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief."  Bracy, 520 U.S. at 908-09.  Petitioner has failed to demonstrate good cause for the discovery sought here.  Thus, there is also no basis for a stay.  The motion is denied.

1    IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied;

2    and (2) Judgment shall be entered dismissing the action with prejudice.

3

4

5

6    DATED: April 4, 2016

                                                 ANDRÉ BIROTTE JR.

                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28